SCOTT A. SCHIFF (SBN 137245)
LYDIA M. LIM (SBN 188646)
SOUKUP & SCHIFF, LLP
1801 CENTURY PARK EAST, SUITE 470
LOS ANGELES, CALIFORNIA 90067
Tel.: (310) 276-2026
Fax: (310) 286-0522
Email: sas@soukup-schiff.com
lml@soukup-schiff.com

**JS-6**

*Attorneys for* Texas Guaranteed Student Loan Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THIEU VIRTUAL LAW GROUP,<br><br>Defendant. | Civil Case No. 8:13-cv-01265-JVS-SS<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

Upon consideration of the Complaint, as well as the evidence offered by and argument made by the Texas Guaranteed Student Loan Corporation's in its Application To Enter Default Judgment, including the Supplemental Evidence in Support of Application to Enter Default Judgment, and as set forth more fully in the concurrently filed Order Granting Motion for Default Judgment,  Court finds the record supports entry of a default judgment against Thieu Virtual Law Group.  Therefore, the Court

hereby enters judgment in favor of the Texas Guaranteed Student Loan Corporation and against Thieu Virtual Law Group as follows.

The Court awards $3,031.82 in monetary damages.

The Court awards $4,239.00. in attorney fees.

The Court awards post-judgment interest on the total amount of judgment, $7,270.82, which will begin to accrue as of the date of entry of this Judgment and Permanent Injunction at the rate established in 28 U.S.C. § 1691(a). Interest will continue to accrue at the established rate on the outstanding balance of this Judgment and Permanent Injunction until the amount is paid in full.

As a prevailing party, TG may seek costs in accordance with Local Rule 54.

### PERMANENT INJUNCTION

The Court further orders Defendant to withhold and remit fifteen percent (15%) of Dominique N. Thieu's disposable earnings, (or the amount required under 15 U.S.C. §1673, if less), until Dominique N. Thieu's student loan debt to Texas Guaranteed Student Loan Corporation is paid in full or Dominique N. Thieu ends any employment with Defendant, whichever occurs earlier.

**IT IS SO ORDERED.**

Dated: January 23, 2014     _/s/ James V. Selna_
_____ United States District Judge